# United States District Court
## Northern District of Illinois
### Eastern Division

Kenneth Hurst

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 11 C 8400

Jean Mauger, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that For the reasons stated in the Court's memorandum opinion dated 04/16/13, Defendant Plimus, Inc's motion for summary judgment [38] is granted. With respect to Jean Mauger (Mauger), the court notes that the record before the court raises some doubt as to whether Mauger was ever served with the summons and complaint in this case. Therefore, the claim against Mauger is dismissed without prejudice, and the motion for class certification [43] is stricken as moot. If Hurst believes that he can obtain proper service on Mauger, the court will entertain a motion to reinstate the instant action as to Mauger. Alternatively, if Hurst believes that he can show that the individual who was previously served is the correct party to the instant action, the court will entertain evidence on the issue.

Thomas G. Bruton, Clerk of Court

Date: 4/16/2013

_____Michael Wing_____

/s/ Michael A. Wing, Deputy Clerk